UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| WAYNE CARROLL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:23-CV-01722-MLP<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's eligibility for disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge shall reevaluate the opinion evidence from Dan Neims, Psy.D.; further consider the claimant's maximum residual functional capacity; offer the claimant the opportunity for a hearing; take any further action needed to complete the administrative record; and issue a new decision. The ALJ shall, as necessary: reconsider the claimant's impairments at steps two and three; reconsider the claimant's subjective statements; reconsider the nonmedical evidence; reconsider the medical

opinion evidence; reconsider the claimant's residual functional capacity; and reconsider the claimant's ability to work at steps four and five.

DATED this 22nd day of May, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2494
benjamin.groebner@ssa.gov